NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

## 2008-1581

SCOTT PIVONKA and JOHN TOTTLEBEN,

Plaintiffs-Appellants,

v.

CENTRAL GARDEN & PET COMPANY,
NYLABONE CORPORATION, and TFH PUBLICATIONS, INC.,

Defendants-Appellees.

Appeal from the United States District Court for the District of Colorado in case no. 02-CV-02394, Senior Judge Richard P. Matsch.

ON MOTION

Before MOORE, Circuit Judge.

## ORDER

TFH Publications, Inc. moves to supplement the joint appendix with this court's decision in Pivonka v. Axelrod, No. 2008-1413 (Feb. 19, 2009) or, in the alternative, for the court to take judicial notice of that decision. TFH states that Central Garden & Pet Company opposes. The court treats TFH's submission as a nonconforming citation of supplemental authorities pursuant to Fed. R. App. P. 28(j).

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The motion is granted to the extent that TFH's submission is treated as a Rule 28(j) citation of supplemental authorities.

(2)  A copy of TFH's submission, any response, and this order shall be transmitted to the merits panel assigned to decide this case.

FOR THE COURT

MAR 2 0 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 2 0 2009

JAN HORBALY
CLERK

cc:  Ramon L. Pizarro, Esq.
     Russell S. Burnside, Esq.
s17